# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**MAGDALENA M. POTASH**,

    Plaintiff,

v.                                            2:25-cv-457-SPC-NPM

**MORGAN & MORGAN, P.A.**,

    Defendant.

---

| | | | |
|---|---|---|---|
| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Whitley Williams-Jelks |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Not present |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | July 31, 2025 10:15 AM | **Total Time** | 12 minutes |

**Rule 16(b) Conference**

Defense counsel not present.

Court discussed case management, scheduling deadlines and other issues regarding case management.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.