UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAGDALENA M. POTASH,

    Plaintiff,

v.                                                                                 CASE NO.: 2:25-CV-00457-SPC-NPM

MORGAN & MORGAN PA,
a Florida Profit Corporation,

    Defendant.

**NOTICE OF FILING SWORN DECLARATIONS OF VIKTORYIA JOHNSON, ESQ. AND LUIS SANTOS, ESQ. IN RESPONSE TO THE COURT'S JULY 31, 2025, TEXT ORDER (DE 17) AND REQUEST TO <u>DISSOLVE THE SAME</u>**

    Defendant M&M Disability Management Inc. (incorrectly identified in the Complaint as "Morgan & Morgan, P.A.") ("Defendant"), by and through its undersigned attorneys, hereby responds to the Court's July 31, 2025, Text Order via the Sworn Declarations of Defense Counsel Viktoryia Johnson, Esq. and Luis Santos, Esq. attached hereto as **Exhibits A** and **B**, respectively, and respectfully requests that the Court dissolve the July 31, 2025, Text Order.

                                                                      **FORDHARRISON LLP,**

                                                                      */s/ Viktoryia Johnson*
                                                                      Luis A. Santos
                                                                      *LEAD COUNSEL*
                                                                      Florida Bar Number 84647
                                                                      lsantos@fordharrison.com

> Viktoryia Johnson, B.C.S.
> Florida Bar No. 125545
> vjohnson@fordharrison.com
> 401 East Jackson Street, Suite 2500
> Tampa, FL 33602-5133
> Telephone: (813) 261-7800
> Facsimile: (813) 261-7899
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2025, I filed the foregoing with the Clerk of Court via CM/ECF which will send a copy via electronic mail to the following:

> Daniel H. Hunt, Esq.
> Whitley Jelks, Esq.
> Florida Bar. No.: 1028592
> The Miami Shark P.A.
> PO Box 565096
> Miami, Florida 33256
> E: dhuntlaw@gmail.com
> ***Attorneys for Plaintiff***

>> */s/ Viktoryia Johnson*
>> Attorney