<span style="color:red">EXHIBIT B</span>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| MAGDALENA M. POTASH,<br><br>      Plaintiff,<br><br>v.<br><br>MORGAN & MORGAN PA,<br>a Florida Profit Corporation,<br><br>      Defendant. | CASE NO.: 2:25-CV-00457-SPC-NPM |

**DEFENSE COUNSEL LUIS A. SANTOS, ESQ.'S SWORN DECLARATION IN RESPONSE TO THE COURT'S JULY 31, 2025, TEXT ORDER (DE 17) AND REQUEST TO DISSOLVE THE SAME**

I, Luis Santos, declare under oath that I have personal knowledge of the following facts and can testify to them, if called upon to do so:

1. My name is Luis Santos, I am over 18 years of age, and I am capable of making this declaration:

2. I am an attorney with the law firm FordHarrison, LLP. I am one of the defense attorneys representing M&M Disability Management Inc. (incorrectly identified as "Morgan & Morgan, P.A.") in the above-captioned matter. I am a Florida-barred and licensed attorney, and have been practicing labor and employment law for fifteen years. I am designated as lead counsel in the above-captioned case, and am working with Partner Viktoryia Johnson on this matter as my co-counsel.

3. Based on my and Ms. Johnson's agreement and understanding with respect to the internal distribution of roles and responsibilities for running this case, Ms. Johnson is primarily responsible for ensuring that we meet all case management-related and scheduling deadlines on behalf of the Defendant. Until today, all case management-related and scheduling deadlines have been timely met.

4. Today's case management conference was correctly and timely calendared on the firm's calendar. It was my understanding and expectation that Ms. Johnson would be attending the conference on behalf of Defendant. I have worked closely with Ms. Johnson for nine years, and I am not aware of Ms. Johnson ever missing a court conference of any kind.

5. Unbeknownst to me at the time, Ms. Johnson had inadvertently misread the calendar entry for a "Case Management Conference" as an entry for a "Case Management Report," and thought the entry referred to the deadline to file a case management report that the parties had already met.

6. At the time the case management conference began, I was attending to other work-related matters expecting that Ms. Johnson was attending the case management conference in this case.

7. Subsequently, I learned from Plaintiff's counsel's email that we had missed the case management conference.

8.      Ms. Johnson was already in the process of drafting a written explanation and an apology to the Court with respect to the missed conference when the Court entered a Text Order (DE 17), stating in part:

> Attorney Luis Santos failed to attend a Rule 16 conference on July 31, 2025. (Docs. 9, 16). As lead counsel for defendant, Santos was required to attend the conference or ensure that another attorney was present. Santos needlessly wasted the time of both the court and opposing counsel. A sanction is appropriate both as a consequence and to deter less than adequate calendaring practices. By August 14, 2025, Santos must either (1) file a notice certifying he has mailed a copy of this order and a check for $50 payable to the Southwest Florida Federal Court Bar Association to P.O. Box 264, Fort Myers, Florida 33902 or (2) show cause why the court should not require him to do so.

9.      I apologize to both the Court and Plaintiff's counsel for wasting their time today due to Ms. Johnson's inadvertent error. Both Ms. Johnson and I fully intend to comply with all future Court-ordered deadlines in this case and to attend all required calls and conferences.

10.     I sincerely hope that my explanation, along with the explanation of Ms. Johnson concerning her inadvertent error, is satisfactory to the Court, and I respectfully request that the Court dissolve its July 31, 2025, Text Order. I also certify to the Court that the deadline was correctly and timely calendared on the firm's calendar, but, as explained above and in Ms. Johnson's accompanying Declaration, Ms. Johnson inadvertently misread the entry.

11. In response to the Court's request for clarification, Defendant states that the proper Defendant entity in this case is M&M Disability Management Inc., and not "Morgan & Morgan, P.A."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**I HAVE READ MY ENTIRE STATEMENT CAREFULLY AND FULLY UNDERSTAND IT. I HAVE PERSONAL KNOWLEDGE OF THE STATEMENTS IN IT AND AM OVER EIGHTEEN (18) YEARS OF AGE AND COMPETENT TO GIVE A STATEMENT.**

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on the 31st day of July, 2025.

_____
Luis Santos